Appellants. (Supreme Court, Appellate Division, First Department. May 6, 1904.) Proceeding by the people of the state of New York, on the relation of the Merchants' Real Estate Company, against James L. Wells and others. D. Rumsey, for appellants. H. W. Hayden, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. ROBINSON v. STURGIS, Com'r. (Supreme Court, Appellate Division, First Department. June 17, 1904.) Proceeding by the people of the state of New York, on the relation of Archibald Robinson, against Thomas Sturgis, commissioner, etc. No opinion. Motion denied.

PEOPLE ex rel. SHIELS v. GREENE, Com'r. (Supreme Court, Appellate Division, First Department. May 6, 1904.) Proceeding by the people of the state of New York, on the relation of John H. Shiels against Francis V. Greene, commissioner. No opinion. Motion denied, with $10 costs.

PEOPLE ex rel. STRAUSS, Respondent, v. WELLS et al., Appellants. (Supreme Court, Appellate Division, First Department. June 10, 1904.) Proceeding by the people of the state of New York, on the relation of Isidor Strauss, against James L. Wells and others. D. Rumsey, for appellants. W. B. Hornblower, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. WALRATH et al., Respondents, v. BOARD OF ASSESSORS OF BROWNVILLE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 3, 1904.) Proceeding by the people of the state of New York, on the relation of Jane Walrath and another, against the board of assessors of the town of Brownville and others. PER CURIAM. Judgment and order modified, so as to provide that the costs of the proceeding be awarded and taxed against the defendants in their official capacity, and not personally, and, as so modified, affirmed, without costs of this appeal to either party. *Held,* that the finding of the referee that the defendants acted in bad faith is contrary to the evidence.

PEOPLE ex rel. ZUHR v. GREENE, Com'r, Respondent. (Supreme Court, Appellate Division, First Department. June 10, 1904.) Proceeding by the people of the state of New York, on the relation of Joseph Zuhr, against Francis V. Greene, as commissioner. C. D. Ridgway, for relator. T. Connoly, for respondent. PER CURIAM. Writ dismissed, and proceedings affirmed, with costs.

O'BRIEN and INGRAHAM, JJ., dissent.

PERELES, Appellant, v. ROCHESTER GERMAN INS. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 26, 1904.) Action by Maurice Pereles against the Rochester German Insurance Company. No opinion. Judgment and order affirmed, with costs.

PERKINS, Appellant, v. SMITH, Respondent. (Supreme Court, Appellate Division, Second Department. June 10, 1904.) Action by Walter C. Perkins against James B. Smith. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

PIERSON, Appellant, v. CLARK, Respondent. (Supreme Court, Appellate Division, Third Department. May 20, 1904.) Action by Wellington S. Pierson against J. Emmett Clark. No opinion. Judgment and order unanimously affirmed, with costs.

PIETROFESA, Appellant, v. DELAWARE, L. & W. RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. May 6, 1904.) Action by Rocco Pietrofesa against the Delaware, Lackawanna & Western Railway Company. W. McArthur, for appellant. W. L. McGuire, for respondent. No opinion. Judgment affirmed, with costs.

In re PORTER. (Supreme Court, Appellate Division, Third Department. May 4, 1904.) In the matter of supplementary proceedings instituted by Nelson W. Porter, as assignee, etc., in an action entitled "A. C. Atkins & Co., Limited, v. Edwin R. Bryant." No opinion. Order affirmed, with $10 costs and disbursements.

PORTER v. MAGNETIC SEPARATOR CO. (Supreme Court, Appellate Division, First Department. May 13, 1904.) Action by Alexander T. Porter against the Magnetic Separator Company. No opinion. Motion denied.

In re PYE. (Supreme Court, Appellate Division, Fourth Department. May 24, 1904.) In the matter of the examination of Margaret A. Pye, a judgment debtor, in supplementary proceedings. No opinion. Order affirmed, with $10 costs and disbursements.

RANDALL, Respondent, v. UNITED STATES LEATHER CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 11, 1904.) Action by Oscar S. Randall against the United States Leather Company. PER CURIAM. Judgment and order affirmed, with costs.

PARKER, P. J., not voting. SMITH, J., dissents.

RANKINE, Respondent, v. DE VEAUX COLLEGE FOR ORPHAN AND DESTITUTE CHILDREN, et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 17, 1904.) Action by William B. Rankine against the De Veaux College for Orphan and Destitute Children and others. PER CURIAM. Judgment affirmed, with costs, upon opinion of Childs, J., delivered at Special Term. 85 N. Y. Supp. 239.

WILLIAMS and STOVER, JJ., dissent.

RANNEY, Respondent, v. VAN COTT, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 10, 1904.) Action

by Edna L. Ranney against Cornelius Van Cott. No opinion. Order affirmed, with $10 costs and disbursements.

In re REDMOND. (Supreme Court, Appellate Division, Fourth Department. May .10, 1904.) In the matter of the judicial settlement of the accounts of Thomas F. Redmond, as executor. No opinion. Order affirmed, with $10 costs and disbursements.

REED, Respondent, v. LIVERMORE, Appellant. (Supreme Court, Appellate Division, Third Department. May 20, 1904.) Action by Carl Reed against George Livermore, as surviving partner. No opinion. Order modified, by striking out that part thereof relating to the commission and to reading the same on the trial of the new issue, and, as so modified, affirmed, without costs of this appeal.

REICH v. COCHRAN et al. (Supreme Court, Appellate Division, First Department. May 13, 1904.) Action by Lorenz Reich against Eva S. Cochran and others.
PER CURIAM. Motion granted, both appeals to be argued together, with leave to plaintiff to bring on appeal for argument in the event that defendants are in default in service of case and exceptions, or in printing and filing printed papers on appeal.

In re REIDEL. (Supreme Court, Appellate Division, Second Department. June 17, 1904.) In the matter of the application of Frank D. Reidel to lay out .a highway in the town of Islip, and the assessment of damages therefor. No opinion. Order of County Court of Suffolk county confirmed.

RICHARDS, Respondent, v. RAMSAY, Appellant. (Supreme Court, Appellate Division, Second Department. June 3, 1904.) Action by Alfred Richards against Malcom Ramsay. No opinion. Judgment of the Municipal Court affirmed, with costs.

ROBERTS, Respondent, v. WILSON et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 24, 1904.) Action by James A. Roberts, as receiver, against Mary B. Wilson and another. No opinion. Judgment affirmed, with costs.

ROBINSON, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 3, 1904.) Action by William H. Robinson against the Brooklyn Heights Railroad Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

ROBLEE, Appellant, v. MASONIC LIFE ASS'N OF WESTERN NEW YORK, Respondent. (Supreme Court, Appellate Division, Third Department. May 4, 1904.) Action by Minnie Roblee against Masonic Life Association of Western New York. No opinion. Judgment unanimously affirmed, with costs.

ROCHESTER TRUST & SAFE DEPOSIT CO., Respondent, v. TRUESDALE, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 3, 1904.) Action by the Rochester Trust & Safe Deposit Company against George Truesdale. No opinion. Judgment affirmed, with costs.

ROSE v. WELLS. (Supreme Court, Appellate Division, Third Department. May 11, 1904.) Action by Tobias L. Rose against Harrison Wells. No opinion. Motion denied.

ROSENFELD v. LANCASHIRE INS. CO. et al. (Supreme Court, Appellate Division, Fourth Department. May 26, 1904.) Action by Mortimer C. Rosenfeld against the Lancashire Insurance Company and others.
PER CURIAM. Decision modified, so as to read as follows, viz.: "Judgment and orders reversed, and new trials ordered, with costs to abide event, on the appeals from the judgments. No costs allowed on the appeal from the orders."

ROSENKRANTZ, Appellant, v. SILBERMAN, Respondent. (Supreme Court, Appellate Division, First Department. May 6, 1904.) In the matter of Yetta Rosenkrantz against Leib Silberman. S. Horkimer, for appellant. L. Levene, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

In re SAACKE. (Supreme Court, Appellate Division, First Department. June 10, 1904.) In the matter of Charles W. Saacke. A. Boskowitz, for appellant. D. P. Hays, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

SALTZMAN, Respondent, v. FRIEDMAN et al., Appellants. (Supreme Court, Appellate Term. May 5, 1904.) Action by Harry Saltzman against Harris Friedman and others. From a judgment for plaintiff, and from an order denying a motion for a new trial, defendants appeal. Affirmed. Shapiro & Shapiro, for appellants. Henry Kuntz and Sigmund Horkimer, for respondent.
PER CURIAM. No point is made by appellants on plaintiff's branch of the case, and their contention relates solely to questions connected with the counterclaim interposed by them. They appear to be mostly questions of fact, which were properly submitted to the jury. The record discloses no errors in the admission of evidence or the charge of the court, and the verdict is sufficiently supported by the evidence. The judgment and order must be affirmed, with costs.

SAMPSON et al. v. OTTINGER et al. (Supreme Court, Appellate Division, First Department. May 13, 1904.) Action by Samuel J. Sampson and others against Marx Ottinger and others. No opinion. Motion denied, with $10 costs.

SANDFORD, Appellant, v. ERIE R. CO., Respondent. (Supreme Court, Appellate Divi-